IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GREEN HILLS MALL TRG LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:14-cv-01675 ) Senior Judge Haynes ) |
| BAKERSOUTH, LLC, | ) ) |
| Defendant. | ) ) |

**O R D E R**

Pursuant to 28 U.S.C. § 636(b)(1) (A) and (B) and Rule 72(a) and (b) of the Federal Rules of Civil Procedure, this action is referred to the assigned Magistrate Judge to hear and determine any pretrial issues, motions, including discovery matters, to conduct any necessary conferences and hearings and to submit a report and recommendation for disposition of any motion filed under Fed. R. Civ. P. 12, 15, 56 and 65.

It is so **ORDERED**.

ENTERED this the _____ day of March, 2016.

WILLIAM J. HAYNES, JR.
Senior United States District Judge